UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-249-SDM-TGW

ANGEL JACKSON

## UNITED STATES' STATUS REPORT

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of July 12, 2024, the United States herein states as follows:

1. Brief summary of the case's status:

Ms. Jackson was indicted on July 5, 2024, on the charge of conspiracy to commit bank fraud. The defendant had her initial appearance and bond hearing in the Middle District of Florida on July 9, 2024. Ms. Jackson entered a plea of not guilty. Although the defendant was released from custody in the instant case subject to terms and conditions, she was immediately taken into state custody pursuant to an active VOSR warrant issued by a Judge in Lake County, Florida. The defendant remains in state custody on the VOSR violation.

Also on March 12, 2022, the Court issued its standard discovery order. The government has provided defense counsel with voluminous discovery pursuant to Rule 16.

2. Possibility of a plea agreement as to the defendant:

It is very likely that this case will resolve via a plea agreement. Counsel for the United States and Angel Jackson are currently negotiating the terms of a proposed plea agreement.

3. Number of days required for trial, for government's case-in-chief:

Approximately 4 days.

4. Pending motions, dates on which they were filed, and whether they are ripe for determination:

None at this time.

5. Potential speedy trial problems:

No known potential speedy trial problems at this time.

The United States has consulted with defense counsel who agrees with aforementioned information.

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

By:   /s/ Christopher Poor
    Christopher Poor
    Special Assistant United States Attorney
    United States Attorney No. 152
    400 North Tampa Street, Suite 3200
    Tampa, Florida 33602
    Telephone: (813) 274-6000
    Facsimile: (813) 274-6125
    E-mail: christopher.poor@usdoj.gov

U.S. v. Jackson                                             Case No. 8:24-cr-249-SDM-TGW

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Adam Allen, Esq.

                                              */s/ Christopher Poor*
                                              Christopher Poor
                                              Special Assistant United States Attorney
                                              United States Attorney No. 152
                                              400 North Tampa Street, Suite 3200
                                              Tampa, Florida 33602
                                              Telephone:   (813) 274-6000
                                              Facsimile:    (813) 274-6125
                                              E-mail: christopher.poor@usdoj.gov